UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DWAYNE TERRELL ZANDERS | : | CASE NUMBER A18-53121-JWC |
| DEBTOR | : | |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on May 8, 2018:**

As to whether Debtor provided a copy of the 2017 tax return

As to whether Debtor filed amended schedules

As to whether Debtor filed an amended plan

As to whether Debtor's plan payments are current

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to file amended plan and schedules to add notice and treatment for domestic support parent

*Please enter an Order of Dismissal*

This the 25th day of May, 2018.

___/s/_____
Julie M. Anania, Attorney for Chapter 13 Trustee
GA Bar Number 477064
303 Peachtree Center Ave., NE - Suite 120
Atlanta, GA  30303
*/ds*                (678) 992-1201

**CERTIFICATE OF SERVICE**

Case No:  A18-53121-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
DWAYNE TERRELL ZANDERS
1685 STOKES AVENUE SW
ATLANTA, GA  30310

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
KING & KING LAW LLC
karen.king@kingkingllc.com

This the 25th day of May, 2018.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201